Carolyn Taylor, Esq., (SBN 159347)
**MORRIS POLICH & PURDY, LLP**
501 West Broadway, Suite 500
San Diego, CA 92101-3544
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460
Ctaylor@mpplaw.com

Attorneys for Defendant Smith & Nephew, Inc.
(erroneously sued as Smith & Nephew, Inc.,
aka Smith & Nephew Richards, Inc.)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DAUBNER,<br><br>        Plaintiff,<br><br>v.<br><br>SMITH & NEPHEW, INC., aka SMITH & NEPHEW RICHARDS, INC., a corporation; and Does 1 to 50, Inclusive<br><br>        Defendants. | CASE NO. 06 CV 2461L NLS<br><br>[Proposed] **ORDER GRANTING JOINT MOTION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** |

**IT IS HEREBY ORDERED** that Plaintiff's Complaint, Case Number 06 CV 2461L NLS be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: August 14, 2007

_____
HONORABLE M. JAMES LORENZ
U.S. DISTRICT COURT JUDGE

K:\WDDOCS\1875\27219\SD014512.DOC